Todd Friedman
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ARI BLANK,<br><br>    **Plaintiff,**<br> v.<br><br>CREDITORS SPECIALTY SERVICE, INC.,<br>& CHARLES STANLEY,<br>    **Defendants.** | 2:16-cv-03262-DSF-JEM<br><br>**PLAINTIFF'S REQUEST TO STAY THE CASE PENDING BANKRUPTCY** |

NOW COMES the Plaintiff, ARI BLANK, by and through his attorneys, LAW OFFICES OF TODD M. FRIEDMAN, and to respectfully request to Stay the Case Pending Bankruptcy, Plaintiff states as follows:

1. On May 12, 2016, Plaintiff filed his Complaint in this matter (Doc #1).

2. On June 1, 2016, Defendants were served (Doc #10-#11).

3. On July 12, 2106, Plaintiff filed a request for clerk's default (Doc #12).

Motion-1

4. On July 14, 2016, the clerk entered a default against Defendants (Doc #13).

5. Due to an error in the affidavit of service the default was declined (Doc #14).

6. On August 3, 2016, Defendants answered the complaint. (Doc #16).

7. On August 5, 2016, this Court entered an order that Rule 26(a)(1) Disclosures should be filed October 10, 2016, the Joint Report should be filed by October 24, 2016, and a Scheduling Conference was set for October 31, 2016 (Doc #18).

8. On September 9, 2016, Plaintiff learned that one of the Defendants, Creditors Specialty Service, filed for bankruptcy.

9. Plaintiff is listed as a creditor in the Chapter 11 bankruptcy filing.

10. On multiple occasions Plaintiff contacted counsel for Defendants, Neil Evans, and requested that he file a notice of the bankruptcy with the Court. Defendants' counsel ignored Plaintiff's requests.

11. As such Plaintiff requests that the Joint Report and Scheduling Conference dates be stricken and this case be stayed until the resolution of the bankruptcy matter, so that the case can be properly litigated, whether against both Defendants or only as to Charles Stanley.

12. This motion is not being brought to delay these proceedings but rather to ensure the appropriate use of judicial resources.

WHEREFORE, Plaintiff, ARI BLANK, respectfully requests that this Honorable Court enter an order staying this matter until the resolution of the bankruptcy filed by Creditors Specialty Service.

                                                          Respectfully Submitted,

**By:**   /s Todd Freidman
        Todd Friedman
        Attorney for Plaintiff,
        ARI BLANK

Motion-3

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On October 12, 2016, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: Request to Stay Case Pending Bankruptcy On the interested parties in said case as addressed as follows:

Neil C Evans
Neil C Evans Law Offices
13351 D Riverside Drive Suite 612
Sherman Oaks, CA 91423-2508
818-802-8333
Fax: 818-707-8983
Email: evanstnt@aol.com

[x] ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 21550 Oxnard St., Suite 780, Woodland Hills, CA 91367

Executed on October 12, 2016, at Woodland Hills

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
        Todd M. Friedman